IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT LAWRENCE WILSON, et al., | | |
|     Plaintiffs, | No. CIV S-09-2431 EFB P | |
|     vs. | | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ORDER | |
|     Defendants. / | | |

    Plaintiffs are state prisoners proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiffs have not filed requests for leave to proceed *in forma pauperis* or paid the filing fee.[1]

    Plaintiffs allege a violation of their civil rights which they contend occurred in Kern County, California. Kern County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(d).

////

////

---

[1] Plaintiff Jennifer Erika Nickerson has also failed to sign the initial complaint in this action.

1  Accordingly, it is hereby ordered that:

2  1. This action is transferred to the Fresno Division.

3  2. The Clerk of Court shall assign a new case number.

4  3. All future filings shall bear the new case number and shall be filed at:

5  United States District Court
   Eastern District of California
6  2500 Tulare Street
   Fresno, CA 93721

8  DATED: September 8, 2009.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE